**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**In re:**

**FLYNN, David G.**
**SS# xxx xx 5713**

**Chapter 13**
**Case # 17-10676-FJB**

**Debtor(s)**

**ORDER CONFIRMING CHAPTER 13 PLAN**

   The Debtor(s) filed an Amended Chapter 13 Plan (the "Plan") on October 3, 2017. The Debtor(s) filed a Certificate of Service on October 3, 2017, reflecting that the Plan was served on all creditors and parties in interest. No objections to the confirmation of the Plan were filed, or all objections were overruled by the Court or resolved by the parties. Upon consideration of the foregoing, the Court hereby orders the following:

   1.    The Plan is confirmed. The term of the Plan is 60 months.

   2.    The Debtor(s) shall pay to the Chapter 13 Trustee the sum of $866.00 per month commencing April 1, 2017 which payments shall continue through the completion of the Plan and shall be made on the 1st day of each month unless otherwise ordered by the Court. Payments shall be made by Money Order or Bank Treasurer's check (personal checks will not be accepted) and shall be made payable to and forwarded to: Carolyn A. Bankowski, Chapter 13 Trustee, PO Box 1131 Memphis, TN 38101-1131.

   3.    The effective date of confirmation of the Plan is April 1, 2017. The disbursements to be made by the Chapter 13 Trustee pursuant to the confirmed plan are set forth on the attached summary which is incorporated by reference. Interested parties should consult the detailed provisions of the Plan for treatment of their particular claims and other significant provisions of the Plan. Unless otherwise ordered by the court, all property of the estate as defined in U.S.C.§§ 541 and 1306, including, but not limited to, any appreciation in the value of real property owned by the debtor as of the commencement of the case, shall remain property of the estate during the term of the plan and shall vest in the Debtor(s) only upon discharge. All property of the estate shall remain within the exclusive jurisdiction of the bankruptcy court. The Debtor(s) shall not transfer, sell or otherwise alienate property of the estate other than in accordance with the confirmed plan or other order of the bankruptcy court. The debtor shall be responsible for preserving and protecting property of the estate.

Dated: April 10, 2018

_____
United States Bankruptcy Judge

gr

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**In re:**

**FLYNN, David G.**
**SS# xxx xx 5713**

**Chapter 13**
**Case # 17-10676-FJB**

**Debtor(s)**

## SUMMARY OF DISBURSEMENTS TO BE MADE UNDER THE PLAN

1. **Modified Secured Claims**

The Debtor is modifying the secured claims of <u>Bayview Financial Loan</u> as follows:

The Debtor is surrendering the property located at <u>482 Sterling Hill Road, Moosup CT.</u>  Any deficiency claims shall be treated as unsecured through the plan.

The Debtor is modifying the secured claims of <u>Blue Green Corp</u> as follows:

The Debtor is surrendering the Timeshare.  Any deficiency claims shall be treated as unsecured through the plan.

The Debtor is modifying the secured claims of <u>Wells Fargo Dealer Services</u> as follows:

The Debtor is surrendering the <u>2011 Ford F-550 dumptruck.</u>  Any deficiency claims shall be treated as unsecured through the plan.

2. **Unmodified Secured Claims**

<u>State of Connecticut</u> is retaining its lien on the Debtor's assets.  <u>The State of Connecticut</u> will be paid its secured claim of <u>$26,286.11</u> over <u>60</u> months in the sum of <u>$438.11</u> per months.

<u>Wells Fargo Financial National Bank</u> is retaining its lien on the jewelry.  <u>Wells Fargo Financial National Bank</u> will be paid its secured claim of <u>$1,412.19</u> over <u>60</u> months in the sum of <u>$23.54</u> per month.

3. **Administrative Claims**

Matthew Swanson, Esq. will be paid $2,500.00 over 12 months.

4. **Priority Claims**

| | | | |
|---|---|---|---|
| IRS | tax debt | $6,606.63 | over 60 months. |
| MDOR | tax debt | $60.53 | over 60 months. |
| State of Connecticut | tax debt | $7,904.00 | over 60 months. |
| Sterling Revenue Collector | tax debt | $129.63 | over 60 months. |
| Sterling Revenue Collector | tax debt | $1,792.26 | over 60 months. |

**5. Unsecured Claims**

The holders of unsecured claims totaling $153,689.96 shall receive a "pot" of $64.25.
_____

**6. Other Pertinent Provisions**